

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 2-10-152-CR**
**NO. 2-10-153-CR**

RUSSELL SMITH                                                    APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

------------

FROM THE 16TH DISTRICT COURT OF DENTON COUNTY

------------

# MEMORANDUM OPINION[1]

------------

Appellant Russell Smith filed a pro se notice of appeal from the March 23, 2010 judgments convicting him of assault–family violence and tampering with a witness. On April 27, 2010, we notified Smith that the trial court's certifications of

---

[1]*See* Tex. R. App. P. 47.4.

his right to appeal had been filed under the date of April 27, 2010;[2] that the certifications state these are plea bargain cases and he has no right of appeal; and that the appeals may be dismissed unless he or any party desiring to continue the appeals files a response showing grounds for continuing the appeals with the court on or before May 7, 2010. We have not received a response. Therefore, in accordance with the trial court's certifications, we dismiss the appeals. *See* Tex. R. App. P. 25.2(a)(2), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 5, 2010

---

[2]*See* Tex. R. App. P. 25.2(d).